EXHIBIT "A"

STATEMENT OF CLAIM AND NOTICE (GENERAL FORM)                    Form #3DC06

| | |
|---|---|
| **IN THE SMALL CLAIMS DIVISION OF THE DISTRICT COURT OF THE THIRD CIRCUIT** <br> _____PUNA_____ **DIVISION** <br> **STATE OF HAWAI'I** | FILED <br><br> 2014 JUL 16 PM 12: 06 |
| Plaintiff(s) <br> DIANNE ESTELLE HENSLEY | Reserved for Court Use <br> Civil No. <br> 3SC **14 - 1 - 211** |
| Defendant(s) <br> DOCTOR OAKLEY   *Dr Jeremy Oakley* | Filing Party/Attorney Name, Attorney Number, Firm Name (if applicable) Address, Telephone and Fax Number. <br> Dianne Estelle Hensley <br><br> P.O. Box 1331 <br> Pahoa, Hawaii, 96778 <br> Tel: (808) 200-8972 |

### STATEMENT OF CLAIM

Plaintiff alleges as follows:

I am a resident and/or do business at P.O. Box 1331, Pahoa, Hawaii, 96778

Since (date) August 02 , 20 12 , Defendant owes me the sum of $ 5,000.00 for tooth extraction that was not needed. I was misled , told I was going to receive something that I did not receive. I specifically stated that I did not want a plate in my mouth. I paid for the "flip" and then received a plate. I was shown no pictures, just manipulated into the extraction and then received the plate that I specifically stated I did not want. The tooth was already extracted. I went to another dentist who did a wonderful job on another tooth that this dentist same dentest said was also hopeless and needed to be extracted. She did an amazing job of saving the tooth. That is when I realized I had been manipulated . I never smile and I never wear the plate.

Defendant resides and/or does business at Keaau Family Health Center, Keaau, Hawaii, 96749

_____ in the State of Hawai'i.

Plaintiff asks for a judgment in the principal amount of $ 5,000.00 .
In addition, Plaintiff asks for an award of interest, costs and fees as deemed reasonable and allowed by the Court.

### DECLARATION
**I DECLARE UNDER PENALTY OF PERJURY THAT WHAT I HAVE STATED ABOVE IS TRUE AND CORRECT.**

| | |
|---|---|
| Date: 7/14 | Signature of Declarant: *D Hensley* <br> Print/Type Name: Dianne Estelle Hensley |

I certify that this is a full, true and correct copy of the original on file in this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

EXHIBIT "A"

**Treatment Plan**

Patient: Dianne E. Hensley                                      Date: 01/15/2014
Birthdate: 04/10/1953                    Chart #: HE0310        SS#:

Provider: Jonathan Mah D.D.S.
   Phone: (808)959-3433
   Office: 111 E.Puainako St., Ste.A-104
   Hilo, HI  96720

*Cost of replacing tooth.*

| Ord | Th | Surf | Description | Fee | Pat | Pri Ins | Sec Ins |
|-----|----|------|-------------|-----|-----|---------|---------|
| ? |   |   | Hawaii State Excise Tax | 200.01 | 200.01 | 0.00 | 0.00 |
| ? | 3 |   | Retainer crn-porc fused-hi nob | 1200.00 | 1200.00 | 0.00 | 0.00 |
| ? | 4 |   | Pontic-porc fused to high noble | 1200.00 | 1200.00 | 0.00 | 0.00 |
| ? | 5 |   | Pontic-porc fused to high noble | 1200.00 | 1200.00 | 0.00 | 0.00 |
| ? | 6 |   | Retainer crn-porc fused-hi nob | 1200.00 | 1200.00 | 0.00 | 0.00 |
|   |   |   | **Sub Total:** | 5000.01 | 5000.01 | 0.00 | 0.00 |

*Give Deep Sweep Floss

*COPY

| | |
|---|---|
| Treatment Plan Total | 5,000.01 |
| Estimated Deductible to be Applied | 0.00 |
| Estimated Insurance Payment | 0.00 |
| Estimated Patient's Portion | 5,000.01 |

| Dental Insurance Benefits | | Patient | |
|---|---|---|---|
| | | Primary | Secondary |
| Annual Plan Benefits | | | 0.00 |
| Paid Benefits YTD | | 0.00 | 0.00 |
| Pending Insurance Est. YTD | | 0.00 | 0.00 |
| Est. Benefits Remaining YTD | | | 0.00 |
| Benefits Expire | | 12/31/14 | |
| Deductible Owed YTD | Standard | 0.00 | 0.00 |
| | Preventive | 0.00 | 0.00 |
| | Other | 0.00 | 0.00 |

Primary Dental Insurance:          HMSA Medicaid-Cyrca Dental

*** DUE TO 2013 FEE INCREASES ALL TREATMENT ESTIMATES PROVIDED IN 2012 WILL NOT CARRY OVER TO 2013. ***

Procedures and fees can change without prior notification. This is just an ESTIMATED patient portion.  It will be your responsibility to compensate accordingly.  You will be expected to pay your deductible and co-payment at the time of service.

We will file with your insurance provider for available benefits.  If your insurance provider denies payment or pays less than the estimated portion, you are responsible for the balance.

PLEASE NOTE THAT ALL PAYMENTS ARE COLLECTED IN FULL AT THE TIME OF SERVICE.

PAYMENT BY CHECK**You authorize us to effect automatic payment from your account.   Should this result in a "Failed Transaction" your account will be charged a $30.00 service fee.**

Patient/Guardian Signature: _____

Date: _____            Staff Initials: _____

## NOTICE

TO <u>Doctor Oakley</u>_____ :

This Statement of Claim will be heard by a Judge at the address checked below on

<u>MONDAY</u> , <u>AUGUST 4</u> 20<u>14</u> at <u>8:30</u> <u>a</u>.m.

YOU MUST BE PRESENT ON THIS TRIAL DATE TO AVOID JUDGMENT BY DEFAULT.

### COURT ADDRESS

☐ **North & South Hilo Division**        777 Kilauea Avenue, 2nd Floor, Hilo, Hawai'i 96720-4212
☒ **Puna Division**        777 Kilauea Avenue, 2nd Floor, Hilo, Hawai'i 96720-4212
☐ **North & South Kona Division**        79-1020 Haukapila Street, Kealakekua, Hawai'i 96750
☐ **Ka'ū Division** – To be heard at North & South Kona Division
        Kona: 79-1020 Haukapila Street, Kealakekua, Hawai'i 96750
☐ **South Kohala Division**        67-5187 Kamamalu Street, Kamuela, Hawai'i 96743
☐ **Hāmākua Division** – To be heard at South Kohala Division
        67-5187 Kamamalu Street, Kamuela, Hawai'i 96743
☐ **North Kohala Division** – To be heard at South Kohala Division
        67-5187 Kamamalu Street, Kamuela, Hawai'i 96743

**Mailing Address for the court:** ☒ 777 Kilauea Avenue, Hilo, Hawai'i 96720-4212
☐ 79-1020 Haukapila Street, Kealakekua, Hawai'i 96750 ☐ 67-5187 Kamamalu Street, Kamuela, Hawai'i 96743

If you have witnesses, or documents related to this claim, you should bring them with you to trial.

If you wish to subpoena witnesses for trial, contact the clerk as soon as possible before trial.

You may come with or without an attorney.

A Small Claims case cannot be transferred to the Regular Claims Division unless the Plaintiff agrees to the transfer and the Regular Claims filing fee is paid to the Court.

If a counterclaim is for more than $5,000.00, either party may demand a jury trial, pay the jury demand fee, and the case will be transferred to the Circuit Court

You have **NO RIGHT TO APPEAL** from a judgment of the Small Claims Division.

**IF YOU DO NOT APPEAR AND DEFEND ON THE DATE AND TIME STATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE AMOUNTS REQUESTED IN THIS STATEMENT OF CLAIM.**

Clerk        **D. MACANAS (SEAL)**

This notice shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless the court permits, in writing on this notice, personal delivery during those hours.

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. 961-7424, FAX 961-7411, OR TTY 961-7422 <u>at least (10) working days in advance</u> of your hearing, or appointment date.