# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CV NO. 14-00472HG-RLP |
| CASE NAME: | Dianne Estelle Hensley v. United States of America |
| ATTY FOR PLA: | Dianne Estelle Hensley, Pro Se |
| ATTY FOR DEFT: | Edric Ming Kai Ching, AUSA |

JUDGE: Helen Gillmor

DATE: January 8, 2015

On December 16, 2014, the Court issued an "Order Granting Defendant Dr. Jeremy Oakley's Motion to Dismiss Plaintiff's Statement of Claim and Notice (ECF No. 8)" (ECF No. 24). The Order stated that the Court would issue an order dismissing the case once the Defendant filed a written notice verifying that Plaintiff Hensley was provided with her x-rays that she requested. (Id. at pp. 12-13).

On January 5, 2015, Defendant filed the Declaration of Edric M. Ching that stated that Plaintiff was provided with her x-rays on or about December 12, 2014. (Declaration of Edric M. Ching at ¶ 4, ECF No. 25).

Defendant has complied with the Court's December 16, 2014 Order (ECF No. 24). The matter is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close the case.

Submitted by Leslie L. Sai, Courtroom Manager