AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| DIANNE ESTELLE HENSLEY<br><br>Plaintiff,<br><br>V.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIV. NO. 14-00472 HG-RLP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>January 8, 2015<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓] **Decision by Court**. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is Dismissed without prejudice, pursuant to the "Order Granting Defendant Dr. Jeremy Oakley's Motion to Dismiss Plaintiff's Statement of Claim and Notice (ECF NO. 8)" filed on December 16, 2014 , the "Declaration of Edric Ching" filed on January 5, 2015 and the " Minute Order" issued on January 8, 2015.

| | |
|---|---|
| January 8, 2015 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ES |
| | (By) Deputy Clerk |